# IN THE
# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF TEXAS
# (EL PASO DIVISION)

*El Paso County, Texas et al.,*     )
500 East San Antonio                )
El Paso, Texas 79910                )
(915) 546 - 2000                    )
                                    )
                      Plaintiffs,   )
                                    )
v.                                  )     Civil Action No. 3:19-cv-66
                                    )
                                    )     19 cv 66
*The Honorable Donald John Trump et al.,* )
President of the United States of Americo, et al.., )
                                    )
                     Defendants'    )
                                    )
                                    )

FILED
MAR 0 8 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF
## PETITION FOR LEAVE TO FILE AMICUS CURIAE

Petitioner hereby files the above captioned pleading as a friend of the Court in the interest of justice for cost and time efficiency to reduce the burden of this litigation. The brief attached hereto is incorporated herein pursuant to **Rule 10 (c)** of the FRCP to avoid repetition.

**POINTS:** As stated above.

**AUTHORITIES:** As stated above.

Case 3:19-cv-00066-DB   Document 42   Filed 03/08/19   Page 2 of 2

2

Respectfully submitted,

/s/ *Ray Elbert Parker*

Ray Elbert Parker,
                Petitioner pro se

5021 Seminary Road
Suite 725
Alexandria, Virginia 22311
(703) 328 - 1015