IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO COUNTY, TEXAS and<br>BORDER NETWORK FOR HUMAN<br>RIGHTS,<br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official<br>capacity as President of the United States<br>of America,* et al.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-19-CV-66-DB |

## ORDER

On this day, the Court considered Plaintiffs El Paso County, Texas and Border Network for Human Rights' "Unopposed Motion for Oral Argument and Expeditious Ruling" ("Motion"). After due consideration, the Court is of the opinion that the Motion shall be granted.

**IT IS HEREBY ORDERED** that Plaintiffs El Paso County, Texas and Border Network for Human Rights' "Unopposed Motion for Oral Argument and Expeditious Ruling" is **GRANTED.**

**IT IS FINALLY ORDERED** that the parties shall appear before this Court for Oral Argument on Aug. 29, 2019 at 10:30 AM.

SIGNED this 19th day of **July 2019**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE