IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO COUNTY, TEXAS and<br>BORDER NETWORK FOR HUMAN<br>RIGHTS,<br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official<br>capacity as President of the United States<br>of America,* et al.,<br>    Defendants. | § § § § § § § § § § § § | EP-19-CV-66-DB |

### ORDER

On this day, the Court sua sponte considered Plaintiffs El Paso County, Texas and Border Network for Human Rights' "Unopposed Motion for Oral Argument and Expeditious Ruling" ("Motion"), filed on August 17, 2019. On August 19, 2019, the Court granted the Motion and ordered that parties shall appear before this Court for oral argument on August 29, 2019, at 10:30 a.m. After due consideration, the Court is of the opinion that the following orders shall enter.

**IT IS HEREBY ORDERED** that Plaintiffs El Paso County, Texas and Border Network for Human Rights have **ONE HOUR** total for oral argument.

**IT IS FURTHER ORDERED** that Defendants Donald J. Trump, Patrick M. Shanahan, Kirstjen M. Nielsen, David Bernhardt, Steven T. Mnuchin, William Barr, John F. Bash, and Todd T. Semonite have **ONE HOUR** total for oral argument.

**IT IS FURTHER ORDERED** that each Plaintiff and each Defendant may **DIVIDE** the hour as they see fit.

**IT IS FINALLY ORDERED** that Plaintiffs and Defendants address the issue of **STANDING** at the beginning of their hour for oral argument.

**SIGNED** this **8th** day of **July 2019**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE