# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

|  |  |
|---|---|
| EL PASO COUNTY, TEXAS; BORDER NETWORK FOR HUMAN RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | No. EP-19-CV-66-DB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James M. Burnham, an attorney with the United States Department of Justice, Civil Division, hereby enters his appearance on behalf of the Defendants in this action.

Dated:  August 21, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *James M. Burnham*
JAMES M. BURNHAM (AZ Bar No. 034363)
Deputy Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave, NW
Washington, D.C. 20530
Tel: (202) 353-2793

Fax: (202) 305-8470
Email: James.M.Burnham@usdoj.gov


*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the clerk using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

/s/ *James M. Burnham*
JAMES M. BURNHAM