**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

|  |  |  |
|---|---|---|
| EL PASO COUNTY, TEXAS<br>500 E. San Antonio<br>El Paso, TX 79901, and<br><br>BORDER NETWORK FOR HUMAN RIGHTS<br>2115 N. Piedras St<br>El Paso, TX 79930,<br><br>       Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as<br>President of the United States of America,<br><br>MARK T. ESPER, in his official capacity as<br>Secretary of Defense,<br><br>KEVIN McALEENAN, in his official capacity as<br>Acting Secretary of Homeland Security,<br><br>TODD T. SEMONITE, in his official capacity as<br>Commanding General<br>United States Army Corps of Engineers,<br><br>DAVID BERNHARDT, in his official capacity as<br>Acting Secretary of the Interior,<br><br>STEPHEN T. MNUCHIN, in his official capacity as<br>Secretary of the Treasury,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:19-cv-66-DB<br><br>**MOTION FOR LEAVE TO<br>FILE AMENDED PROPOSED<br>ORDER** |

Plaintiffs hereby move for leave to file an amended proposed order concerning the scope of relief.  The amended proposed order, filed concurrently herewith, contains only a single edit from the original proposed order filed on October 21, 2019, which is the deletion of the phrase "funds appropriated by the 2019 Consolidated Appropriations Act" where that phrase is used.  This edit is intended to clarify that the § 2808 "military construction" funds and § 284 "support for counterdrug activities" funds that Defendants are unlawfully spending on a border wall were not themselves appropriated by the 2019 Consolidated Appropriations Act.  The amended proposed order best conforms to this Court's opinion, which held that using any funds appropriated for "military construction, under § 2808, and counterdrug activities, under § 284," on a border wall, violates the 2019 Consolidated Appropriations Act.  ECF No. 129, at 26.

Dated: October 23, 2019

Respectfully submitted,

/s/ *Anton Metlitsky*
Anton Metlitsky (*Pro hac vice*)
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10036
(212) 326-2000
ametlitsky@omm.com

Ephraim McDowell (*Pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
emcdowell@omm.com

Kristy Parker (*Pro hac vice*)
Justin Florence (*Pro hac vice*)
Erica Newland (*Pro hac vice*)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue., NW, #163
Washington, DC 20006
Telephone: (202) 579-4582

Facsimile: (929) 777-8428
justin.florence@protectdemocracy.org
kristy.parker@protectdemocracy.org
erica.newland@protectdemocracy.org

Deana K. El-Mallawany (*Pro hac vice*)
THE PROTECT DEMOCRACY PROJECT, INC.
125 Walnut Street, Ste. 202
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
deana.elmallawany@protectdemocracy.org

Stephanie Llanes (*Pro hac vice*)
THE PROTECT DEMOCRACY PROJECT, INC.
222 Broadway, 19th Floor
New York, NY 10038
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
stephanie.llanes@protectdemocracy.org

David Bookbinder (*Pro hac vice*)
NISKANEN CENTER
820 First Street, NE
Washington, DC 20002
Telephone: (301) 751-0611
dbookbinder@niskanencenter.org

Richard Mancino (*Pro hac vice*)
Shaimaa M. Hussein (*Pro hac vice*)
Samantha G. Prince (*Pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
RMancino@willkie.com
SHussein@willkie.com
SPrince@willkie.com

Stuart Gerson (*Pro hac vice*)
EPSTEIN BECKER GREEN
1227 25th Street, NW
Washington, DC 20037

Telephone: (202) 861-4180
Email: SGerson@ebglaw.com

Laurence H. Tribe (*Pro hac vice*)
Carl M. Loeb University Professor and
Professor of Constitutional Law
HARVARD LAW SCHOOL*
1575 Massachusetts Avenue
Cambridge, MA 02138
Telephone: (617) 495-1767
Email: tribe@law.harvard.edu

*Affiliation noted for identification purposes
only

John C. Padalino (Texas State Bar No.
24041638)
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Telephone: (512) 596-2944
Facsimile: (512) 596-2944
john@padalinolaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing document with the U.S. District Court for the Western District of Texas by using the CM/ECF system, which will send notifications of such filing to all CM/ECF counsel of record.

Dated: October 23, 2019

/s/ *Anton Metlitsky*
Anton Metlitsky (*Pro hac vice*)
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
ametlitsky@omm.com