IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO COUNTY, TEXAS and BORDER NETWORK FOR HUMAN RIGHTS,<br>　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States of America,* et al.,<br>　　　Defendants. | §§§§§§§§§§§ | EP-19-CV-66-DB |

### ORDER GRANTING MOTION FOR LEAVE
### TO FILE AMENDED PROPOSED ORDER

On this day, the court considered Plaintiffs El Paso County and Border Network for Human Rights's "Motion for Leave to File Amended Proposed Order" ("Motion") filed on October 23, 2019. After due consideration, the Court is of the opinion that the Motion shall be granted.

**IT IS HEREBY ORDERED** that Plaintiffs El Paso County and Border Network for Human Rights's "Motion for Leave to File Amended Proposed Order" is **GRANTED**.

**SIGNED** this **24th** day of **October 2019**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE