IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| EL PASO COUNTY, TEXAS; BORDER NETWORK FOR HUMAN RIGHTS,<br><br>                    Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>                    Defendants. | Case No. EP-19-CV-66-DB |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants in the above-captioned case hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Decision (ECF No. 129) issued on October 11, 2019.

Dated:  December 10, 2019                      Respectfully submitted,

                                                      JOSEPH H. HUNT
                                                      Assistant Attorney General

                                                      JAMES M. BURNHAM
                                                     Deputy Assistant Attorney General

                                                     ALEXANDER K. HAAS
                                                     Director, Federal Programs Branch

                                                     ANTHONY J. COPPOLINO
                                                     Deputy Director, Federal Programs Branch

                                                     */s/ Andrew I. Warden*
                                                     ANDREW I. WARDEN (IN Bar 23840-49)
                                                     Senior Trial Counsel, Federal Programs Branch

1

/s/ *Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
KATHRYN C. DAVIS
LESLIE COOPER VIGEN
RACHAEL L. WESTMORELAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW, Rm. 12212
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the clerk using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

*/s/ Andrew I. Warden*
Andrew I. Warden
