# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| EL PASO COUNTY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | No. 3:19-cv-66-DB |

## DECLARATION OF MILLARD F. LEMASTER II

I, Millard F. LeMaster II, declare as follows:

1. I am the Deputy Chief, United States Border Patrol Strategic Planning and Analysis Directorate (SPAD), U.S. Customs and Border Protection (CBP), an agency of the Department of Homeland Security. I have held this position since February 2018. Over the course of my career I have served in multiple roles within the United States Border Patrol (USBP). I entered on duty with USBP in 2000. In that time I have served as a frontline Border Patrol Agent for five years, a Supervisory Border Patrol Agent for two different USBP Stations over the course of four years, and a second line supervisor in the field (Field Operations Supervisor, Watch Commander, and Deputy Patrol Agent In Charge) for two years until promotion to USBP Headquarters. Over the course of more

than five years at the headquarters level I have served as an Assistant Chief, Associate Chief, and finally as the Deputy Chief for SPAD.

2. In my current position I am personally aware of the apprehension statistics and drug seizure statistics for the USBP, including apprehensions and drug seizures both on the southwest border and within the USBP's San Diego, El Centro, Yuma, El Paso, and Laredo Sectors.

3. The statements in this declaration are based on my personal knowledge and information that I have received in my official capacity.

4. In fiscal year 2019 USBP apprehended over 850,000 people attempting to enter the United States between border crossings along the southwest border. This is an approximately 115% increase relative to fiscal year 2018, when USBP apprehended approximately 396,500 people attempting to enter the United States between border crossings along the southwest border.

5. In fiscal year 2019, USBP also seized significant amounts of drugs along the southwest border between border crossings, including over 262,000 pounds of marijuana, over 4,800 pounds of cocaine, over 771 pounds of heroin, over 13,500 pounds of methamphetamine, and over 224 pounds of fentanyl.

6. In the USBP Sectors where DoD will be building wall pursuant to 10 U.S.C. § 2808 USBP also apprehended a significant number of people and seized a significant amount of drugs in fiscal year 2019.

7. In fiscal year 2019, the USBP apprehended over 58,000 people attempting to enter the United States between border crossings in the San Diego Sector. This is a 50% increase relative to fiscal year 2018, when the USBP apprehended approximately 38,500

individuals attempting to enter the United States between border crossings in the San Diego Sector. Also in fiscal year 2019, there were over 300 drug events between border crossings in the San Diego Sector, through which the USBP seized over 3,300 pounds of marijuana, over 1,280 pounds of cocaine, over 293 pounds of heroin, over 3,985 pounds of methamphetamine, and over 107 pounds of fentanyl.

8. In fiscal year 2019, the USBP apprehended over 35,000 people attempting to enter the United States between border crossings in the El Centro Sector. This is a 20% increase relative to fiscal year 2018, when the USBP apprehended approximately 29,000 people attempting to enter the United States between border crossings in the El Centro Sector. Also in fiscal year 2019, there were over 150 drug events between border crossings in the El Centro Sector, through which the USBP seized over 199 pounds of marijuana, over 61 pounds of cocaine, over 101 pounds of heroin, over 2,650 pounds of methamphetamine, and over 39 pounds of fentanyl.

9. In fiscal year 2019, the USBP apprehended over 68,000 people attempting to enter the United States between border crossings in the Yuma Sector. This is an increase of over 160% relative to fiscal year 2018, when the USBP apprehended approximately 26,000 individuals attempting to enter the United States between border crossings in the Yuma Sector. Also in fiscal year 2019, there were over 800 drug events between border crossings in the Yuma Sector, through which the USBP seized over 3,000 pounds of marijuana, over 33 pounds of heroin, over 1,186 pounds of methamphetamine, and over 50 pounds of fentanyl.

10. In fiscal year 2019, the USBP apprehended over 182,000 people attempting to enter the United States between border crossings in the El Paso Sector. This is a 477% increase

relative to fiscal year 2018, when the USBP apprehended approximately 31,000 people attempting to enter the United States between border crossings in the El Paso Sector. Also in fiscal year 2019, there were over 400 drug events between border crossings in the El Paso Sector, through which the USBP seized over 11,000 pounds of marijuana, over 137 pounds of cocaine, over 35 pounds of heroin, over 340 pounds of methamphetamine, and over two pounds of fentanyl.

11. In fiscal year 2019, the USBP apprehended over 38,000 people attempting to enter the United States between border crossings in the Laredo Sector. This is an 18% increase relative to fiscal year 2018, when the USBP apprehended approximately 32,500 people attempting to enter the United States between border crossings in the Laredo Sector. Also in fiscal year 2019, there were over 400 drug events between border crossings in the Laredo Sector, through which the USBP seized over 36,000 pounds of marijuana, over 520 pounds of cocaine, over 28 pounds of heroin, and over 530 pounds of methamphetamine.

12. This declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Executed on this 13th day of December, 2019.

Millard F. LeMaster II
Deputy Chief
Strategic Planning and Analysis Directorate
United States Border Patrol