IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO COUNTY, TEXAS and BORDER NETWORK FOR HUMAN RIGHTS, <br>     Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States of America,* et al., <br>     Defendants. | § § § § § § § § § § § | EP-19-CV-66-DB |

## ORDER

On this day, the Court considered Defendants' "Motion to Stay Order Granting Permanent Injunction" ("Motion") filed on December 16, 2019. Therein, Defendants request that the Court stay the permanent injunction entered on December 10, 2019, or expeditiously deny the request, so they may seek relief from the court of appeals. After due consideration, the Court is of the opinion that the Motion shall be denied.

**IT IS HEREBY ORDERED** that Defendants' "Motion to Stay Order Granting Permanent Injunction" is **DENIED**.

**IT IS FINALLY ORDERED** that the Court's permanent injunction entered December 10, 2019, **REMAINS IN EFFECT** until further notice.

**SIGNED** this **17th** day of **December 2019**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE