```
Court Name: TEXAS WESTERN
Division: 3
Receipt Number: 300035664
Cashier ID: erosales
Transaction Date: 01/14/2020
Payer Name: PROTECT DEMOCRACY PROJECT
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BORDER NETWORK FOR HUMAN RIGHT
 Amount:         $505.00
--------------------------------
PAPER CHECK
 Check/Money Order Num: 213
 Amt Tendered: $505.00
--------------------------------
Total Due:       $505.00
Total Tendered: $505.00
Change Amt:      $0.00

NOTICE OF APPEAL

3:19CV0066

EL PASO COUNTY, TEXAS, ETAL V.
TRUMP ETAL
```