**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **EL PASO COUNTY, TEXAS and** | § | |
| **BORDER NETWORK FOR HUMAN** | § | |
| **RIGHTS,** | § | |
|         **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **EP-19-CV-66-DB** |
| | § | |
| **DONALD J. TRUMP,** *in his official* | § | |
| *capacity as President of the United States of* | § | |
| *America,* **et al.,** | § | |
|         **Defendants.** | § | |

## ORDER

**IT IS HEREBY ORDERED** that all claims made by Plaintiffs El Paso County,

Texas and Border Network for Human Rights in the above-captioned case are **DISMISSED**

**WITHOUT PREJUDICE.**

SIGNED this **28** th day of **January 2021**.

_____

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE