IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO COUNTY, TEXAS and BORDER NETWORK FOR HUMAN RIGHTS, Plaintiffs, | § § § § § | |
| v. | § § | EP-19-CV-66-DB |
| DONALD J. TRUMP, *in his official capacity as President of the United States of America*, et al., Defendants. | § § § § § | |

## FINAL JUDGMENT

On January 28, 2021, the Court issued an order dismissing all claims in the above-captioned case.   The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 28th day of **January 2021**.

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE